U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG - 6 2013

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| W.S.H. (XXX-XX-2193) | CIVIL ACTION NO. 09-cv-0057 |
| VERSUS | JUDGE FOOTE |
| U.S. COMMISSIONER SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HORNSBY |

# JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Commissioner's decision is affirmed and Plaintiff's complaint is dismissed with prejudice

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ___6th___ day of ___AUGUST___, 2013.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE